# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEPHRIC N. GARRETT

NO. 2020 KW 0381

**JULY 20, 2020**

---

In Re:    Stephric N. Garrett, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0168-F-2020.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** The district court is instructed to proceed toward disposition of relator's motions for bond reduction, filed on or about December 17, 2019 and January 13, 2020, and relator's writ of habeas corpus on or before August 5, 2020, if it has not already done so.

                            **PMc**
                            **JEW**
                            **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT